

*handwritten: #8397 $2.54 9/23/11*

September 22, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 Federal Building
Rochester, New York 14614

    RE:  Deborah P. Conroy, Debtor
           Case No. 10-21925
           Request of Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $2.54. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __x__ The funds represent dividend payment of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant __Highland Hospital__   Amount $ __39.95__ Claims Register #__4__

                                     Warren H. Heilbronner, Trustee

*FILED 11 SEP 23 AM 11:54 U.S. BANKRUPTCY COURT WDNY-ROCHESTER*